UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN D. ELLIS and JOHN C. ELLIS, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB; *et al.*,<br><br>Defendants. | Case No.:   3:11-CV-00473-LRH-(VPC)<br><br>ORDER |

On May 24, 2011, the plaintiffs, Susan D. Ellis and John C. Ellis (the "Ellis'") filed their complaint and recorded a notice of lis pendens. (*See* Compl.) On July 5, 2011, defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB and Golden West Savings Association Service Company (collectively, "Wells Fargo") removed the action to this Court (Doc. #1). On August 26, 2011, Wells Fargo filed a motion to dismiss (Doc. #6) and motion to expunge lis pendens (Doc. #7). On December 20, 2011, this Court granted Wells Fargo's motion to dismiss and motion to expunge lis pendens (Doc. #20).

IT IS THEREFORE ORDERED that the Notice of Lis Pendens recorded by Plaintiff on May 25, 2011 against the real property described as 1765 Wyoming Avenue, Reno, Nevada,

1    89503, APN # 001-402-03 as book and instrument number 4006409 is hereby expunged and

2    released in full.

3                       IT IS SO ORDERED:

4

5                       DATED this 3rd day of January, 2012.

6

7

8                       _____

9                       LARRY R. HICKS
                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28